# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **Rosemary Dandaro**, <br><br> Plaintiff, <br><br> v. <br><br> **SRAM, LLC**, <br><br> Defendant. | Cause No. 1:22-cv-594 |

## **COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL**

Ms. Dandaro is suing SRAM for failure to pay overtime in violation of the FAIR LABOR STANDARDS ACT. This lawsuit is filed in the Southern District of Indiana because a substantial part of the events giving rise to this lawsuit occurred within the District. Ms. Dandaro seeks all available relief and respectfully requests a trial by jury.

Respectfully submitted,

*/s/ Benjamin C. Ellis*
Benjamin C. Ellis
HKM EMPLOYMENT ATTORNEYS LLP
320 N. Meridian St., Ste. 615
Indianapolis, IN 46204
P/F    |   (317) 824-9747
Email  |   bellis@hkm.com

# 1. JURISDICTION & VENUE

1. This Court has original jurisdiction, under 28 U.S.C. § 1331, of Ms. Dandaro's claims for violation of the FLSA because that claim arises under the laws of the United States.

2. This Court is a proper venue for this lawsuit, under 28 U.S.C. § 1391(b), because a substantial part of the events giving rise to this lawsuit occurred within the Southern District of Indiana.

# 2. PARTIES

## 2.1. Plaintiff

3. Plaintiff Rosemary Dandaro resides in Marion County, Indiana.

## 2.2. Defendant

4. Defendant SRAM, LLC was, at all relevant times, a foreign limited liability company (Business ID No. 2008092600203) with its Indiana offices located in Marion County, Indiana.

# 3. STATEMENT OF FACTS

5. Ms. Dandaro worked for SRAM from April 2015 through October 25, 2021.

6. During the period from March 2020 until October 2020, Ms. Dandaro worked as a Customer Services Specialist.

7. During the period from October 2020 until approximately February 17, 2021, Ms. Dandaro worked as a Customer Services & Logistics Specialist.

8. In both positions, from March 2020 through approximately February 17, 2021, Ms. Dandaro worked in an overtime nonexempt position.

9. Beginning in March 2020, Ms. Dandaro began working remotely in connection with the COVID-19 pandemic.

10. At roughly the same time, Ms. Dandaro began working approximately 20 hours of overtime each week.

11. On or around February 17, 2021, SRAM reclassified Ms. Dandaro as an overtime exempt employee.

12. Between March 2020 and approximately February 17, 2021, Ms. Dandaro worked approximately 40 weeks without overtime pay.

13. Because Ms. Dandaro worked an average of 20 overtime hours per week, at a regular hourly rate of $21, for approximately 40 weeks, SRAM failed to pay Ms. Dandaro approximately $25,200 in overtime pay.

## 4. STATEMENT OF CLAIMS

### 4.1. Nonpayment of overtime in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

14. SRAM employed Ms. Dandaro from April 2015 through October 25, 2021;

15. Ms. Dandaro's work was engaged in commerce;

16. SRAM's business employed at least two persons, was engaged in commerce, and had annual gross sales of at least $500,000; and

17. From March 2020 through approximately February 17, 2021, SRAM failed to pay Ms. Dandaro overtime pay as required by law.

## 5. PRAYER FOR RELIEF

Ms. Dandaro respectfully requests that judgment be entered in her favor, in favor of other similarly situated individuals, and against SRAM, on all claims, for its violations of the FAIR LABOR STANDARDS ACT, 29 U.S.C. § 201 *et seq.* She requests all available relief on this claim, including the following:

  a.  Back pay (including unpaid overtime);
  b.  Liquidated damages;
  c.  Attorney fees and costs; and
  d.  Prejudgment and postjudgment interest.

## 6. JURY DEMAND

As required by Fed. R. Civ. P. 38(b), Ms. Dandaro respectfully requests a trial by jury on all issues so triable.